COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| JANICE HUTLEY, <br> 200 Holly Court, Unit 210 <br> Delmar, DE 19940 <br><br> *Plaintiff,* <br><br> v. <br><br> PENINSULA REGIONAL MEDICAL CENTER, <br> 100 E. Carroll Street <br> Salisbury, Maryland 21801 <br><br> **Serve On:** Resident Agent: <br> Tim Feist <br> Peninsula Regional Medical Center <br> 100 E. Carroll Street <br> Baltimore, Maryland 21801 <br><br> **Defendant.** | Case No.: _____ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Plaintiff Janice Hutley ("Ms. Hutley"), by her attorneys, Robin R. Cockey, Ashley A. Bosché, and Cockey, Brennan & Maloney, P.C., brings suit against Defendant Peninsula Regional Medical Center ("PRMC") and for her cause of action states as follows:

### PARTIES AND JURISDICTION

1. At the time of negligence and through the filing of this Claim, Ms. Hutley has been a citizen and resident of Sussex County, Delaware.

2. At all material times, PRMC has been a Maryland corporation engaged in the administration, staffing, supervision, and operation of a hospital in Salisbury, Wicomico County, Maryland, acting through its actual and/or apparent agents, servants, and/or employees.

COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

3. The events which gave rise to this Claim occurred at PRMC in Wicomico County, Maryland.

4. This is a Complaint for economic and non-economic damages arising for a "medical injury" as that term is defined in § 3-2A-01(g) of the Courts and Judicial Proceedings Article of the Maryland Annotated Code. Ms. Hutley filed a claim with Maryland's Health Care Alternative Dispute Resolution Office ("HCADRO") and a waiver of arbitration. On June 9, 2017, HCADRO ordered this case be transferred to this Court. The Order of Transfer is attached as **Exhibit 1**.

5. The amount of this Claim exceeds Seventy-Five Thousand Dollars ($75,000.00) and, consequently, this Court has jurisdiction, pursuant to 28 U.S.C. § 1332(a), which grants federal district courts jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. For the above reasons, venue is proper in the Northern Division of the United States District Court for the District of Maryland.

## FACTS COMMON TO ALL COUNTS

7. Ms. Hutley, at the age of 64, sustained a stage IV pressure ulcer while hospitalized at PRMC from October 14, 2015 through October 24, 2015. The pressure injury developed during her hospitalization and was not documented as present upon admission.

8. On October 14, 2015, Ms. Hutley presented to the Emergency Room of PRMC in acute renal failure, septic, and with rhabdomyolysis. On admission, a skin assessment was documented and noted as "unremarkable."

Cockey,
Brennan &
Maloney, P.C.

Attorneys &
Counselors at Law

313 Lemmon Hill Lane
Salisbury, MD 21801
410.546.1750
Fax: 410.546.1811

9. On October 15, 2015, PRMC performed a lumbar puncture on Ms. Hutley, which required visualization of the sacrum. At that time, PRMC made no reference to Ms. Hutley having a decubitus ulcer or pressure injury.

10. Ms. Hutley was admitted to PRMC's Intensive Care Unit under critical condition on October 15, 2015.

11. On October 19, 2015, PRMC transferred Ms. Hutley to the floor after stabilization of the sepsis.

12. The term "decubitus" is noted for the first time in progress notes made by PRMC dated October 19, 2015. The notes describe Ms. Hutley's sore as "large" and spanning the bilateral buttocks.

13. PRMC discharged Ms. Hutley on October 24, 2015 with instruction to follow up with its Wound Center for the decubitus ulcer that had formed during Ms. Hutley's hospitalization. PRMC did not provide Ms. Hutley with any medication to treat the pressure ulcer or to alleviate its pain.

14. On October 28, 2015, Ms. Hutley presented to PRMC's Wound Center with an "extremely large wound #1, which encompasse[d] both buttocks. . . . Overall length [wa]s 19 cm and width of 12 cm with a black eschar."

15. On November 4, 2015, Ms. Hutley returned to PRMC's Wound Center and required EMLA cream for debridement.

16. On November 11, 2015, Ms. Hutley returned for another EMLA pre-medicated debridement and the pressure ulcer was reduced to 16.7 x 9 cm.

17. By the end of December 2015, Ms. Hutley was diagnosed with a Stage IV pressure ulcer.

COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

18. For eight months, Ms. Hutley presented to PRMC's Wound Center virtually every week for treatment.

19. On July 7, 2016, Ms. Hutley underwent a bilateral gluteal advancement flaps and saucerization of sacral bone at Anne Arundel Medical Center ("AAMC"). According to AAMC's Operative Report, Ms. Hutley underwent a saucerization of the sacral wound including debridement of skin, subcutaneous tissue, muscle, and bond (total size of wound post 8 cm tall by 8 cm wide); reconstruction of sacral wound with right and left gluteal fasciocutaneous V-Y advancement flaps (size of flaps is 16 x 8); and application of incisional negative pressure dressing.

20. Ms. Hutley was discharged from AAMC on July 12, 2016 and received in home health care for the next four weeks.

21. Ms. Hutley was discharged from treatment in August of 2016, approximately ten (10) months after the decubitus ulcer had formed as a result of PRMC's negligence. Although Ms. Hutley has been discharged following surgical intervention, she is permanently disfigured and remains in constant pain.

## COUNT I
(Medical Malpractice)

22. The facts alleged above are incorporated herein by reference.

23. PRMC through its actual and/or apparent agents, servants, and/or employees, including but not limited to, registered nurses providing care from admission to discharge, owed Ms. Hutley a duty to exercise reasonable care in their evaluation, assessment, care, and treatment of her condition.

COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

24. At all times, the nurses and staff members who neglected or negligently treated Ms. Hutley were agents, servants, or employees of PRMC, and the negligence of such nurses and staff members is attributed to PRMC. PRMC is responsible for the negligent acts and/or omissions of its agents, servants, and employees.

25. PRMC breached its duty of care, thereby deviating from the applicable standards of care, and was otherwise negligent, careless, and reckless in that it, among other things:

   a. Failed to recognize or accurately assess to prevent the development of pressure ulcers during hospitalization;

   b. Failed to take care of Ms. Hutley in such a manner that she would not incur pressure ulcers;

   c. Failed to report and take action in regards to pressure injuries that obviously became present;

   d. Failed to communicate the situation to Ms. Hutley's family; and

   e. Failed to communicate the situation to providers.

26. As a direct and proximate result of the above-described deviations from the applicable standards of care and breaches of duty by PRMC, Ms. Hutley has been caused to sustain serious, painful, and permanent injuries to her body, resulting in great physical and mental pain and suffering.

27. As a further direct and proximate result of the above-described deviations from the applicable standards of care and breaches of duty by PRMC, Ms. Hutley, among other things, has been forced to undergo repeated procedures, operations and other care and treatment.

5

COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

28. As a further direct and proximate result of the above-described deviations from the applicable standards of care and breaches of duty by PRMC, Ms. Hutley has expended enormous sums of money for medical, hospital, and other care and treatment and has been and will continue to be precluded from engaging in her normal and usual pursuits and activities, among other injuries and damages.

29. Had PRMC followed the appropriate and applicable standards of care, Ms. Hutley would not have suffered the above-identified injuries and damages.

30. The injuries and damages herein complained of were directly and proximately caused by the negligence of PRMC, with no negligence on the part of Ms. Hutley.

**WHEREFORE**, Ms. Hutley requests that a judgment be entered against PRMC and in her favor for compensatory damages in excess of Seventy-Five Thousand Dollars ($75,000.00) and that she be granted such other and further relief as the nature of her cause may warrant.

ROBIN R. COCKEY, Federal Bar No.02657
ASHLEY A. BOSCHÉ, Federal Bar No. 28800
Cockey, Brennan & Maloney, PC
313 Lemmon Hill Lane
Salisbury, MD 21801
410-546-1750
Fax: 410-546-1811
rrcesq@cbmlawfirm.com
bosche@cbmlawfirm.com
*Attorneys for Plaintiff*